**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiffs
CARLA PAGLIA,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA PAGLIA,      Plaintiff,<br><br>       vs.<br><br><br>UNITED RECEIVABLES GROUP, LLC,<br><br>              Defendant(s), | Case No.: 2:17-cv-02184-AB-E<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, CARLA PAGLIA, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as

possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Dated: April 18, 2017 | **MARTIN & BONTRAGER, APC** |
|  |  |
|  | By: /s/ Nicholas J. Bontrager |
|  | Nicholas J. Bontrager  *Attorney for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States mail.

United Receivables Group, LLC
572 John Ross Pkwy STE 107 #12,
Rock Hill SC 29730

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.